JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELISSA ANN KROLIN | ) | CASE NO. CV 13-5073 DFM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | ) | _____ |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That   EAJA fees are awarded in the amount of $3,700.00, subject to the terms of the stipulation.

Dated:   June 10, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge